24-2441 Northern Iowa United States v. Alexander Ledvina Just very briefly, your honors. I appreciate the limited time I have available left. Judge Strauss, you asked about the metabolites in the urine. Marijuana, typically 30 days. Cocaine, 48 to 72 hours. Two to three days. And in this case, the stipulation was 8-8 to 8-11, a three-day period. So it still needs to go to, did the intoxication or the drug use cause the dangerous activity? That's a question, but wouldn't you agree that they've at least established, maybe I'm wrong about this, they've at least established she was on drugs during the period when the car rolled back and they stopped him and all that stuff. Or am I wrong about that? You are wrong about that, Judge. Only in respect with you can use drugs and after the effects of the drugs are over, still test positive in the case of marijuana for up to 30 days. Well, the high doesn't last 30 days, same with cocaine, two to three days. The high doesn't last for that period of time. And we would also submit the record at trial in this case is only the search warrant incident where he disarmed himself, the car rolled. It had nothing to do with a firearm, the car rolling, of course. And then the as-applied challenge is not resolved after a guilty plea. There was some case law we did cite, Baxter, Loftin and Grubb, which also we submit supports our arguments that this is a sufficiency of the evidence appeal and the government has not held their burden or kept their burden and we would ask that the case be dismissed. Thank you. Very well. Thank you for your argument. The case is submitted and the court will file opinion in due course.